U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 JUN 14 AM 10: 55

CLERK

BY ltw/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| TIFFANY RILEY, )<br>  *Plaintiff*, )<br> )<br> v. )<br> )<br>WINDSOR SOUTHEAST SUPERVISORY )<br>UNION *et al.*, )<br>  *Defendants*. ) | Docket No.: 5:20-cv-108 |

## ORDER EXTENDING FILING DEADLINE

On June 13, 2022, the parties filed a Stipulated Motion agreeing to an extension of the filing deadlines set forth in *Stipulation to Modify Second Amended Discovery Schedule/ Order* dated May 23, 2022 (Doc. 100). Having considered the Stipulated Motion, the Court rules as follows:

a. Plaintiff shall submit her Motion in *Limine* on or before July 8, 2022;

b. Defendants shall submit their response to Plaintiffs Motion in *Limine* on or before August 8, 2022;

c. Plaintiffs shall file any reply to the Defendants' response within 14 days from when the Defendants file their response;

d. The Parties shall file an updated Discovery Schedule/Order within 14 days from when the Court rules on the Plaintiffs' Motion in *Limine*.

**SO ORDERED.**

Dated at Burlington, in the District of Vermont, this 14th day of June 2022.

Geoffrey W. Crawford, Chief Judge
United States District Court